CLOSED

# U.S. District Court
## District of Kansas (Kansas City)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02088-KHV-DJW
### Internal Use Only

Coyle v. AU Optronics Corporation et al
Assigned to: District Judge Kathryn H. Vratil
Referred to: Magistrate Judge David J. Waxse
Demand: $5,000,000
Cause: 15:1 Antitrust Litigation

Date Filed: 02/26/2007
Date Terminated: 06/06/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Plaintiff

**Peter Coyle**
*on behalf of himself and all others*
*similarly situated in the state of Kansas*

represented by **Angela K. Drake**
Lowther Johnson, Attorneys at Law,
LLC
901 St. Louis St.
20th Floor
Springfield, MO 65806
417-866-7777
Fax: 417-866-1742
Email: adrake@lowtherjohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Belancio**
Bower Belancio LLC
800 W. 47th St. - Ste. 215
Kansas City, MO 64112
816-960-4911
Fax: 816-960-3711
Email: mbelancio@bblawkc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Co, Ltd**

**Defendant**

**Chi Mei Optoelectronics USA, Inc**

<u>Defendant</u>

**Chunghwa Picture Tubes, Ltd**

<u>Defendant</u>

**Fujitsu Limited, Inc.**

<u>Defendant</u>

**Fujitsu America, Inc.**

Defendant

**Hannstar Display Corporation**

<u>Defendant</u>

**Hitachi, Ltd**

<u>Defendant</u>

**Hitachi Displays, Ltd**

<u>Defendant</u>

**Hitachi America, Ltd**

<u>Defendant</u>

**International Display Technology
USA, Inc**
*doing business as*
IDTech Co, Ltd

<u>Defendant</u>

**International Display Technology Co,
Ltd**
*doing business as*
IDTech Co, Ltd

<u>Defendant</u>

**IPSA Alpha Technology, Ltd**

<u>Defendant</u>

**LG.Philips LCD Co, Ltd**

Defendant

**LG.Philips LCD America, Inc**

<u>Defendant</u>

**Matsushita Electric Industrial Co,
Ltd**

<u>Defendant</u>

**Panasonic Corporation of North America**

Defendant

**Mitsubishi Electric Corporation**

Defendant

**Mitsubishi Electric & Electronics USA, Inc.**

Defendant

**NEC Electronics Corporation**

Defendant

**NEC Electronics America, Inc.**

Defendant

**NEC LCD Technologies, Ltd**

Defendant

**Samsung Electronics Company, Ltd**

Defendant

**Samsung Electronics America, Inc**

Defendant

**Sanyo Electric Co. Ltd**

Defendant

**Sanyo North America Corporation**

Defendant

**Epson Imaging Devices Corporation**

Defendant

**Seiko Epson Corporation**

Defendant

**Epson America, Inc**

Defendant

**Epson Electronics America, Inc**

Defendant

**Sharp Corporation**

Defendant

**Sharp Electronics Corporation**

**Defendant**

**Sony Corporation**
*TERMINATED: 03/16/2007*

**Defendant**

**Sony Corporation of America**
*TERMINATED: 03/16/2007*

**Defendant**

**Sony Electronics, Inc.**
*TERMINATED: 03/16/2007*

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc**

**Defendant**

**Toshiba Matsushita Display
Technology Co., Ltd**

**Defendant**

**John Does 1-100**

**Interested Party**

**Royal Data Services, Inc.**                    represented by **W. Joseph Bruckner**
Lockridge Grindal Nauen, PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981
Email: wjbruckner@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/26/2007 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Peter Coyle.(jb) (Entered: 02/27/2007) |
| 02/27/2007 |   | FILING FEE PAID: in the amount of $350.00, receipt number 1007074 |

| | | |
|---|---|---|
| | | (jb) (Entered: 02/27/2007) |
| 02/27/2007 | ❷2 | ENTRY OF APPEARANCE by Michael L. Belancio on behalf of Peter Coyle. (Belancio, Michael) (Entered: 02/27/2007) |
| 03/12/2007 | ❷3 | LETTER AND NOTICE OF FILING from W. Joseph Bruckner in Re Multi District Litigation TFT - LCD (Flat Panel) Antitrust Litigation: Docket 1827. (Attachments: # 1 Entry of Appearance; # 2 Notice of Presentation or Waiver of Oral Argument; # 3 Response of Interested Party Royal Data in Support of Motion for Transfer; # 4 Rule 5.3 Disclosure Statement; # 5 Certificate of Service) (ck ) (Entered: 03/12/2007) |
| 03/16/2007 | ❷4 | NOTICE of Voluntary Dismissal by Peter Coyle *of Sony Corporation, Sony Corporation of America, and Sony Electronics, Inc.* (Drake, Angela) (Entered: 03/16/2007) |
| 06/06/2007 | ❷5 | CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California (MDL 07-1827). Terminating Case. (mm) (Entered: 06/06/2007) |